JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 19 2004

FILED
CLERK'S OFFICE

## DOCKET NO. 1629

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE NEURONTIN MARKETING AND SALES PRACTICES LITIGATION

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-1)

On October 26, 2004, the Panel transferred 23 civil actions to the United States District Court for the District of Massachusetts for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. With the consent of that court, all such actions have been assigned to the Honorable Patti B. Saris.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the District of Massachusetts and assigned to Judge Saris.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Massachusetts for the reasons stated in the order of October 26, 2004, ___F. Supp. 2d___ (J.P.M.L. 2004), and, with the consent of that court, assigned to the Honorable Patti B. Saris.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Massachusetts. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

DEC - 7 2004

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

# SCHEDULE CTO-1 - TAG ALONG ACTIONS
# DOCKET NO. 1629
# IN RE NEURONTIN MARKETING AND SALES PRACTICES LITIGATION

**DISTRICT  DIV. C.A.#**

**ALABAMA MIDDLE**
ALM     2   04-711          Alabama Forest Products Industry Workmen's Compensation Self-Insurer's Fund v. Pfizer, Inc., et al.

**ALABAMA SOUTHERN**
ALS     1   04-463          Nancy Coleman, et al. v. Pfizer, Inc., et al.

**FLORIDA SOUTHERN**
FLS     1   04-22228        Ana Medero, et al. v. Pfizer, Inc., et al.

**ILLINOIS NORTHERN**
ILN     1   04-4467         Allied Services Division Welfare Fund v. Pfizer, Inc., et al.

**LOUISIANA EASTERN**
LAE     2   04-1735         Linda Rizzo v. Pfizer, Inc.
LAE     2   04-2087         Tracey Lynn Robichaux, et al. v. Pfizer, Inc.
LAE     2   04-2509         Louisiana Health Service Indemnity Co. v. Pfizer, Inc., et al.

**MISSOURI EASTERN**
~~MOE     4   04-982~~          ~~Elizabeth Judy v. Pfizer, Inc., et al.~~ Vacated 12/1/04

**MISSISSIPPI NORTHERN**
~~MSN     2   04-255~~          ~~Mary Cooper, et al. v. Pfizer, Inc.~~ Opposed 12/1/04
~~MSN     4   04-275~~          ~~Leroy Anderson, et al. v. Pfizer, Inc., et al.~~ Opposed 12/1/04

**NEW JERSEY**
NJ      2   04-4236         Steven Kail, et al. v. Pfizer, Inc., et al.
NJ      2   04-4497         International Union of Operating Engineers Local No. 68 Welfare Fund v. Pfizer, Inc., et al.
NJ      2   04-4593         Alaska Electrical Pension Fund v. Pfizer, Inc., et al.

**OKLAHOMA EASTERN**
OKE     6   04-375          Jerry Hollaway, et al. v. Pfizer, Inc., et al.

**TENNESSEE EASTERN**
TNE     2   04-337          Bauda V.L. Sutton v. Pfizer, Inc., et al.

**TEXAS EASTERN**
~~TXE     2   04-309~~          ~~Linda Barker v. Pfizer, Inc., et al.~~ Opposed 12/7/04

## U.S. District Court

04cv12616PBS

### Southern District of Florida (Miami)

### CIVIL DOCKET FOR CASE #: 04-CV-22228

### Medero, et al v. Pfizer, Inc., et al

Filed: 09/07/04
Assigned to: Judge Patricia A. Seitz
Jury demand: Defendant
Demand: $0,000
Nature of Suit: 365
Lead Docket: None
Jurisdiction: Diversity
Dkt # in 11thJudCirCt : is 04-17021 CA 32
Cause: 28:1441 Notice of Removal-Personal Injury

---

```
ANA MEDERO, on behalf of          Philip Freidin
themselves and all persons        FTS 371-6725
similarly situated                [COR LD NTC]
      plaintiff                   Freidin & Brown
                                  2 S Biscayne Boulevard
                                  Suite 3100
                                  Miami, FL 33131
                                  305-371-3666

SHIRLEY LEVIN, on behalf of       Philip Freidin
themselves and all persons        (See above)
similarly situated                [COR LD NTC]
      plaintiff

   v.

PFIZER, INC.                      Kenneth James Reilly
      defendant                   FTS 358-7470
                                  [COR LD NTC]
                                  Shook Hardy & Bacon
                                  201 S Biscayne Boulevard
                                  Suite 2400
                                  Miami, FL 33131-4332
                                  305-358-5171

WARNER-LAMBERT COMPANY            Kenneth James Reilly
      defendant                   (See above)
                                  [COR LD NTC]
```

```
PARKE-DAVIS, a division of        Kenneth James Reilly
Warner-Lambert Company            (See above)
     defendant                    [COR LD NTC]
```

---

# DOCKET     PROCEEDINGS

---

```
DATE      #           DOCKET    ENTRY


9/7/04    1           NOTICE OF REMOVAL of complaint from 11th Judicial Circuit
                      Court, Miami-Dade County, Florida (case number 04-17021 CA
                      32); FILING FEE $150.00 RECEIPT #i220499; Magistrate Judge
                      Andrea M. Simonton (hd) [Entry date 09/08/04]

9/7/04    2           Corporate Disclosure Statement by Pfizer, Inc.,
                      Warner-Lambert, Parke-Davis re: [1-1] removal notice (hd)
                      [Entry date 09/08/04]

9/10/04   3           MOTION with memorandum in support by Ana Medero, Shirley
                      Levin  to remand this matter to 11th Judicial Circuit,
                      Miami-Dade County, Florida, and for attorney fees and
                      costs (hd) [Entry date 09/14/04]

9/14/04   4           ORDER OF RECUSAL ( Signed by Judge Alan S. Gold on 9/8/04)
                      [EOD Date: 9/15/04] (hd)  [Entry date 09/15/04]

9/14/04   --          CASE reassigned to Judge Patricia A. Seitz (hd)
                      [Entry date 09/15/04]

9/14/04   --          Magistrate identification:  Magistrate Judge Ted E.
                      Bandstra (hd) [Entry date 09/15/04]

9/14/04   5           JOINT MOTION by Ana Medero, Shirley Levin, Pfizer, Inc.,
                      Warner-Lambert, Parke-Davis to stay pleading and discovery
                      deadlines pending transfer to MDL Court, or pending remand
                      to 11th Judicial Circuit Court, Miami-Dade County, Florida
                      (hd) [Entry date 09/16/04] [Edit date 10/26/04]

9/24/04   6           ORDER requiring counsel to meet and file joint scheduling
                      report and proposed order. See Order for complete details.
                      ( Signed by Judge Patricia A. Seitz on 9/24/04) [EOD Date:
                      9/27/04] (ct) [Entry date 09/27/04]

9/27/04   7           MOTION with memorandum in support by Pfizer, Inc.,
                      Warner-Lambert, Parke-Davis to stay consideration of
                      motion to remand to 11th Judicial Circuit Court, Miami-Dade
                      County, FLorida pending transfer to multidistrict
```

|  |  |  |
|---|---|---|
|  |  | proceeding (hd) [Entry date 09/28/04] |
| 9/27/04 | 8 | RESPONSE by Pfizer, Inc., Warner-Lambert, Parke-Davis in opposition to [5-1] joint motion to stay pleading and discovery deadlines pending transfer to MDL Court, [5-2] joint motion to remand to 11th Judicial Circuit Court, Miami-Dade County, FLorida, [3-1] motion to remand this matter to 11th Judicial Circuit, Miami-Dade County, Florida, [3-2] motion for attorney fees and costs (hd) [Entry date 09/28/04] |
| 10/1/04 | 9 | ORDER striking [8-1] opposition response to plaintiffs' motion to remand to state court ( Signed by Judge Patricia A. Seitz on 09/30/04) [EOD Date: 10/4/04] (ct) [Entry date 10/04/04] |
| 10/6/04 | 10 | RESPONSE by Pfizer, Inc., Warner-Lambert, Parke-Davis in opposition to [5-2] joint motion to remand to 11th Judicial Circuit Court, Miami-Dade County, Florida, [3-1] motion to remand this matter to 11th Judicial Circuit, Miami-Dade County, Florida (ct) [Entry date 10/07/04] |
| 10/25/04 | 11 | ORDER granting [5-1] joint motion to stay pleading and discovery deadlines pending transfer to MDL Court, granting [5-2] joint motion pending remand to 11th Judicial Circuit Court, Miami-Dade County, Florida ( Signed by Judge Cecilia M. Altonaga Judge Patricia A. Seitz on 10/22/04) [EOD Date: 10/26/04] (ct) [Entry date 10/26/04] |
| 11/9/04 | 12 | REPLY by Ana Medero, Shirley Levin to defendants' opposition to plaintiffs' [3-1] motion to remand this matter to 11th Judicial Circuit, Miami-Dade County, Florida (ra) [Entry date 11/10/04] |
| 11/9/04 | 13 | REPLY by Ana Medero, Shirley Levin in opposition to defendants' [7-1] motion to stay consideration of motion to remand to 11th Judicial Circuit Court, Miami-Dade County, FLorida pending transfer to multidistrict proceeding (ra) [Entry date 11/10/04] [Edit date 11/10/04] |
| 11/18/04 | 14 | NOTICE of entry of transfer order by MDL Panel by Pfizer, Inc., Warner-Lambert, Parke-Davis (ct) [Entry date 11/19/04] |

Case Flags:
TEB

END OF DOCKET: 1:04cv22228

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 12/14/2004 16:57:57 | | | |
| PACER Login: | us2510 | Client Code: | |
| Description: | docket report | Search Criteria: | 1:04cv22228 |
| Billable Pages: | 3 | Cost: | 0.21 |